for December 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STERLING CLAYTOR.— Motion to dismiss appeal denied and appellant's time to file the record on appeal and appellant's points extended to and including December 1, 1931, with notice of argument for December 16, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MELVIN GOETZ.— Motion to dismiss appeal denied and appellant's time to file the record on appeal and appellant's points extended to and including December 1, 1931, with notice of argument for December 16, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACK GARFINKLE.— Motion to dismiss appeal denied and appellant's time to bring on the appeal for argument extended to and including November 4, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE A. SPIROU v. HOME INSURANCE COMPANY OF NEW YORK.— Motion to dismiss appeal denied. Question of appealability will be determined on appeal from the order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILSON M. POWELL, as Administrator, etc., of ARCHIBALD TURNER, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILSON M. POWELL, as Administrator, etc., of ARCHIBALD TURNER, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ETTORE SACCHI and FANNIE SACCHI, Appellants, v. SALVATORE D'ALESSANDRO and GUISEPPINA D'ALESSANDRO, Respondents.— Judgment affirmed, with costs, without prejudice to an action to establish an easement over the four and one-half-foot strip. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH CLARK, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARGIE LEWIS, as Administratrix, etc., of WILLIAM B. LEWIS, Deceased, Respondent, v. MCNULTY BROS. COAL CO., INC., and CENTRAL STRUCTURAL STEEL CO., INC., Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES BRUCE CAMPBELL, Respondent, v. CHARLES D. ROBBINS and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PETER TETRO, Respondent, v. JOHN TASSIELLI, Defendant, Impleaded with